THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
George
 Cleveland, III, Appellant.
 
 
 

Appeal From Pickens County
 Robin B. Stilwell, Circuit Court Judge

Unpublished Opinion No. 2011-UP-576
Submitted December 1, 2011  Filed
 December 20, 2011   

AFFIRMED

 
 
 
George Cleveland, pro se, of Seneca.
Kay Barrett, of Clemson, for Respondent.
 
 
 

PER CURIAM:  George
 Cleveland appeals the circuit court's affirmation of his municipal court
 conviction for speeding.  He argues the circuit court erred in holding (1) the
 municipal court's finding the police officer identified himself was supported
 by the evidence and (2) that dismissal was an inappropriate remedy for a police
 officer's violation of section 56-5-4640 of the South Carolina Code (2006).  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to whether the circuit court
 erred in holding the municipal court's findings were supported by the record: City
 of Rock Hill v. Suchenski, 374 S.C. 12, 15, 646 S.E.2d 879, 880 (2007)
 ("In criminal appeals from municipal court, the circuit court does not
 conduct a de novo review. . . .  [An] appellate court reviews errors of law
 only." (citations omitted)).
2.  As to whether the circuit court
 erred in holding dismissal was an inappropriate remedy for a police officer's
 violation of section 56-5-4640: State v. Gault, 375 S.C. 570, 573-74,
 654 S.E.2d 98, 99-100 (Ct. App. 2007) (holding that an argument first raised to
 the circuit court in an appeal from the magistrate's court was unpreserved for
 review).
AFFIRMED.
HUFF, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.